
JS-6

MICHAEL ROBINSON-DORN (CA Bar No. 159507)
ALYSE BERTENTHAL (CA Bar No. 253012)
UC Irvine School of Law, Environmental Law Clinic
P.O. Box 5479
401 East Peltason Dr., Suite 1000
Irvine, CA 92616
T: (949) 824-1043
E: mrobinson-dorn@law.uci.edu
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants, <br> and <br><br> CADIZ, INC., *et al.*, <br><br> Defendant-Intervenors. | Civ. No.: CV 18-6775-GW-ASx <br><br> Consolidated for pretrial purposes with Case No. 2:17-cv-08587-GW-AS <br><br> **FINAL JUDGMENT** <br><br> Hearing Date: June 20, 2019 <br> Time: 8:30 a.m. <br> Courtroom: 9D <br> Judge: Hon. George H. Wu |

On June 20, 2019, this matter came before the Court on cross motions for summary judgment filed by Plaintiff National Parks Conservation Association ("NPCA"), Federal Defendants Secretary of the Department of the Interior David Bernhardt *et al.* (collectively, "Federal Defendants"), and Defendant-Intervenors Cadiz, Inc. *et al.* (collectively, "Cadiz, Inc."). Pursuant to Federal Rule of Civil

1

Procedure 56, and after full consideration of the matter, including all memoranda of law, declarations, the revised administrative record as supplemented on March 18, 2019, other documents filed in relation to this matter, and the oral arguments of the Parties, the Court issued a final ruling on June 21, 2019, finding that Federal Defendants' 2017 Determination was (1) contrary to law, and (2) arbitrary and capricious for "fail[ing] to explain its reversal from the 2015 Determination." ECF Docket No. 61, June 21, 2019 Opinion, at 47.  The Court found the "2017 Determination therefore violated the Administrative Procedure Act." *Id.*

Accordingly, the Court **ENTERS** final judgment: **DENYING** Defendants' and Defendant Intervenors' motions for summary judgment; **GRANTING** Plaintiff's motion for summary judgment to the extent that it attacked the 2017 Determination under the APA as unlawful and arbitrary and capricious for failing to explain its reversal from the 2015 Determination; **SETTING ASIDE** the 2017 Determination; and **REMANDING** the matter to the Federal Defendants for further action consistent with the Court's Opinion of June 21, 2019.

The Court will retain jurisdiction to resolve any motion by Plaintiff for attorneys' fees and costs.

**IT IS SO ORDERED**, this 3rd day of July, 2019.

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1  Respectfully lodged by:   /s/_____
2  　　　　　　　　　　　　Michael Robinson-Dorn (CA Bar No. 159507)
　　　　　　　　　　　　　UC Irvine School of Law, Environmental Law Clinic
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Judgment – Case No. 2:18-cv-06775-GW-AS