# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et. al.*,<br><br>Defendants,<br><br>and<br><br>CADIZ, INC., *et al.*,<br><br>Defendant-Intervenors. | Case No. CV 18-6775-GW-ASx (Consolidated with No. CV 17-8587-GW-ASx<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF NATIONAL PARKS CONSERVATION ASSOCIATION'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Order Approving Second Stipulation Regarding the Briefing Schedule for Plaintiffs' Motion for Fees and Other Expenses

1  Upon consideration of the parties' Second Stipulation to Extend Time to
2  Respond to Plaintiff's National Parks Conservation Association's Motion for
3  Attorneys' Fees and Costs, and finding that good cause exists to approve the
4  stipulation, the Court hereby ORDERS that the stipulation is APPROVED.  The
5  following schedule regarding Plaintiffs' fee motion shall apply:

| | |
|---|---|
| Defendants' opposition brief: | January 23, 2020 |
| Plaintiffs' reply brief: | February 13, 2020 |
| Hearing: | February 27, 2020 at 8:30 a.m. |

DATE:  January 10, 2020.

_____

HON. GEORGE H. WU
UNITED STATES DISRICT JUDGE

Order Approving Second Stipulation Regarding the Briefing Schedule for
Plaintiffs' Motion for Fees and Other Expenses                                                      1